# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANN EDENFIELD LEMLEY et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV416-080 |
| ) | |
| RED BULL NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having reviewed and considered the petitions of Matthew Calvert and Andrew S. Koelz of the law firm of Hunton & Williams LLP, 600 Peachtree Street, N.E., Suite 4100, Atlanta, Georgia 30308, for permission to appear pro hac vice on behalf of defendant Red Bull North America, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Matthew Calvert and Andrew S. Koelz as counsel of record for defendant Red Bull North America, Inc., in this case.

**SO ORDERED** this __10th__ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA