# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ANN EDENFIELD LEMLEY et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RED BULL NORTH AMERICA, INC., ) <br> ) <br> Defendant. ) | Case No. CV416-080 |

## O R D E R

The Court having reviewed and considered the petition of James S. Paglinawan of the law firm of Munawar & Andrews-Santillo, LLP, 420 Lexington Avenue, Suite 2601, New York, New York 10170, for permission to appear pro hac vice on behalf of plaintiff Ann Edenfield Lemley et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter James S. Paglinawan as counsel of record for plaintiff Ann Edenfield Lemley et al., in this case.

**SO ORDERED** this __6th__ day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA