# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ANN EDENFIELD LEMLEY, as Administrator of the Estate of WILLIAM JACOB WADE, Deceased, and ANN EDENFIELD LEMLEY, Individually,

  Plaintiffs,

v.

RED BULL NORTH AMERICA, INC.,

  Defendant.

Civil Action No. 4:16-cv-00080-LGW-GRS

## ORDER STAYING DISCOVERY

Defendant Red Bull North America, Inc. ("Red Bull") and Plaintiffs Ann Edenfield Lemley, as Administrator of the Estate of William Jacob Wade, and Ann Edenfield Lemley, individually, have filed a Joint Motion to Stay Discovery. The Court having considered the Motion and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The commencement of discovery in this matter shall be stayed pending the Court's ruling on Red Bull's Motion to Dismiss (Doc. 14). Should the Court deny Red Bull's Motion to Dismiss (Doc. 14), in whole or in part, the parties' initial disclosures shall be served within twenty (20) days after said ruling.

IT IS SO ORDERED, this 21st day of July 2016.

_____
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA